UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TONI G. ENGELING and JAMES ANTHONY ENGELING, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:17-cv-368-RP ) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF SUPPLEMENT TO RECORD**

Comes now Defendant Federal National Mortgage Association, by its attorneys, and pursuant to the court's order dated April 24, 2017, supplements the record with the entire court file, including the docket sheet, of the District Court of Travis County, Texas, in Cause No. D-1-GN-17-001403. Due to electronic file size restrictions, the supplemental materials are attached as four (4) files.

Respectfully submitted,

MAURICE WUTSCHER LLP
*/s/ Eric P. Rosenkoetter*
Eric P. Rosenkoetter
State Bar No. 24058937
erosenkoetter@mauricewutscher.com
Keith Wier
State Bar No. 21436100
kwier@mauricewutscher.com
13785 Research Blvd., Suite 125
Austin, TX 78750
Tel. (512) 672-7068
Fax (866) 581-9302
COUNSEL FOR DEFENDANT FEDERAL
NATIONAL MORTGAGE ASSOCIATION

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
Tel. (888) 819-1440
Fax (888) 230-6397
Email: jgminerve@aol.com
COUNSEL FOR PLAINTIFFS
TONI G. ENGELING and
JAMES ANTHONY ENGELING

                /s/ Eric P. Rosenkoetter