IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TONI G. ENGELING and JAMES ANTHONY ENGELING, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:17-CV-368-RP |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the above-entitled cause. On this day, the Court considered the parties' joint Stipulation of Dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 5). Having done so, the Court enters the following order.

It is **ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted in this action are hereby **DISMISSED WITH PREJUDICE**.

The Clerk's Office is directed to close this case. Each party is to bear its own attorney's fees and costs.

**SIGNED** on May 5, 2017.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE